# United States Court of Appeals
## For the First Circuit

No. 16-1737

DAMARIS MALDONADO-VIÑAS; JUAN CARLOS IGLESIAS-MALDONADO; and JOSÉ CARLOS IGLESIAS-MALDONADO,

Plaintiffs, Appellees,

v.

NATIONAL WESTERN LIFE INSURANCE COMPANY,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this court issued on June 29, 2017, is amended as follows:

On page 8, line 5, insert the word "to" between "Western" and "return"